#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**  **CRIMINAL ACTION NO. 1:22-cr-118-TBM-RPM**

**DAMON ANDREW STAFFORD;**
*and* **ERIC ANDREW SLAYDON**

### ORDER

This matter came before the Court on Damon Andrew Stafford's Motion to Suppress, 1:22-cr-118-1 [49], and Motion in Limine, 1:22-cr-118-1 [54], Eric Andrew Slaydon's Motion to Suppress, 1:22-cr-118-2 [50] and Motion in Limine, 1:22-cr-118-2 [53], and the Government's Motions to Compel Voice Exemplars, 1:22-cr-118-1 [59], 1:22-cr-118-2 [59]. At the hearing conducted in this matter on April 12, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on April 12, 2023, Stafford's Motion to Suppress, 1:22-cr-118-1 [49], and Motion in Limine, 1:22-cr-118-1 [54], are DENIED. Eric Andrew Slaydon's Motion to Suppress, 1:22-cr-118-2 [50] and Motion in Limine, 1:22-cr-118-2 [53], are DENIED. The Government's Motions to Compel Voice Exemplars, 1:22-cr-118-1 [59], 1:22-cr-118-2 [59], are GRANTED.

THIS, the 14th day of April, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE